UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Nancy Carey, in her capacity as Personal Representative of the ESTATE OF VINCENT J. SIMARANO,<br><br>v.<br><br>Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc.,<br><br>Defendants. | Civil Action No. 1:16-cv-11156-IT |

### ORDER OF DISMISSAL WITH PREJUDICE

Upon the foregoing Joint Stipulation for Order of Dismissal With Prejudice, and the Court being duly advised in the premises, it is hereby **ORDERED** that this cause be, and it is hereby **DISMISSED WITH PREJUDICE AS TO THE FOLLOWING DEFENDANTS TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., and TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC,** with each party bearing its own attorneys' fees and costs. All liens and subrogated interests, if any, shall be resolved by Plaintiff from the proceeds of the settlement.

DONE AND ORDERED this 5th day of March 2019.

The Honorable Indira Talwani
United States District Judge

**Copies to: ALL PARTIES OF RECORD**